**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ADRIAN MATTEO,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **No.: 18-cv-2841** |
| | : | |
| **HERSHA HOSPITALITY MANAGEMENT CO.,** | : | |
| | : | |
| Defendant. | : | |

### O R D E R

**AND NOW**, this ___18TH___ day of January, 2018, IT IS HEREBY ORDERED that the SETTLEMENT CONFERENCE in the above-captioned case scheduled for **Friday, January 18, 2019, at 9:30 A.M.**, before the Honorable Lynne A. Sitarski, United States Magistrate Judge, is **CANCELLED.**

                                                                 BY THE COURT:


                                                           ___/s/ Lynne A. Sitarski___
                                                           LYNNE A. SITARSKI
                                                           UNITED STATES MAGISTRATE JUDGE

COPIES BY ECF:

Michael Patrick Murphy, Jr., Esquire
Edmund Charles Celiesius, Esquire
Jill S. Welch, Esquire